Oliver R. COLEMAN, Plaintiff–
Appellant,

v.

PRINCE GEORGE'S COUNTY DE-
PARTMENT OF SOCIAL SER-
VICES, Defendant–Appellee.

No. 10–1529.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 19, 2011.

Decided: Feb. 2, 2011.

Oliver R. Coleman, Appellant Pro Se.
Julia Doyle Bernhardt, Assistant Attorney
General, Bradley Neitzel, Office of the At-
torney General of Maryland, Baltimore,
Maryland, for Appellee.

Before WILKINSON and GREGORY,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Oliver R. Coleman appeals the district
court's order dismissing this action pursu-
ant to Fed.R.Civ.P. 12(b)(6) for failure to
state a claim upon which relief can be
granted. We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *Coleman v. Prince George's
County Dep't of Soc. Servs.*, No. 8:09–cv–
00213–DKC, 2010 WL 917871 (D.Md. Mar.
8, 2010). We dispense with oral argument

because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*